IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dedric Middleton,<br><br>     Plaintiff,<br><br>v.<br><br>WellPath; Columbia Regional Care Center; Recovery Solutions; Erin Gaffney; Jennifer Alleyne; Michael Cross; and Craig Stuck,<br><br>     Defendants. | C/A No.: 5:25-cv-11417-SAL<br><br><br>**ORDER** |

Plaintiff Dedric Middleton, a civilly committed detainee incarcerated in the Columbia Regional Care Center, filed this action alleging violations of his civil rights. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Kaymani D. West, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). The Report explains that Plaintiff has been advised of various defects in his complaint and has been given the opportunity to amend to cure those deficiencies, but he has failed to do so. *See* ECF No. 33. The magistrate judge recommends the court dismiss this action for failure to comply with a court order and because Plaintiff's claims are otherwise subject to summary dismissal. *Id.* Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report. *Id.* at 9. Plaintiff has not objected to the Report, and the time to do so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to,

1

and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

Finding no clear error in the Report, ECF No. 33, it is adopted and incorporated. For the reasons discussed in the Report, this case is **DISMISSED** for failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

April 29, 2026                                          Sherri A. Lydon
Columbia, South Carolina                     United States District Judge

2